AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**BRADLEY STUART BENNETT**<br><br>*Defendant* | Case: 1:21-mj-00326<br>Assigned To : Meriweather, Robin M.<br>Assign. Date : 3/19/2021<br>Description: Complaint w/ Arrest Warrant |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   BRADLEY STUART BENNETT,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1), and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority and with Intent to Impede or Disrupt the Orderly Conduct of Government Business or Official Functions);
40 U.S.C. § 5104(e)(2)(D) and § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(B) - Enter or Remain in the Gallery of either House of Congress;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Official Proceeding.

Date:   03/19/2021

2021.03.19 11:41:22 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.         Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/5/21, and the person was arrested on *(date)* 4/12/21
at *(city and state)* Charlotte, NC.

Date: 4/12/21

*Arresting officer's signature*

Addison Friedman, DUSM - FBI TFO
*Printed name and title*