# ATTACHMENT A

Linkedin

Brad Bennett

Join now    Sign in



# Brad Bennett
CREDIT GUIDE at Crown Family Trust

Charlotte, North Carolina · 500+ connections

Join to Connect

 Crown Family Trust

 University of the Nations

## About

I am Brad Bennett.
The most unlikely, yet highly life-Experienced, now CEO, with a demonstrated history of thriving in the people business.
Skilled in Entrepreneurship, being solution-minded, Credit Building Expert, Team Building, and Leadership.
Strong business development professional with an early background in international Missions focused on Asian & third world projects,

All my life I knew I was meant to be great. From small town North Carolina suburb kid to seeing the world, I have studied people and what makes them tick.
But I was stuck and not thriving on the level I saw in my mind's eye. It was at that point I had a door open to me to be mentored and coached to have control of Life, Time Money and all Options that everything radically changed. I began to relentlessly pursue my mentors and started my classes at "True LIFE Experience University."

PRIVATE COACHING:



Join now   Sign in

Brad Bennett

How to Think & Act like a truly Free Person
Experiencing Fun & Travel
Leadership Development
Working Smarter
Time Leveraging
Social Entrepreneurship
Personal Brand Development
Customizing Your Life

PHILANTHROPY:
One of the things I am most passionate about is giving back. "To whom much is given, much is expected." I happen to now know that we are just conduits. The word resource , means to re-source or distribute. We are here to be a resource to people, knowing the way, going the way and showing the way.

## Activity

### https://lnkd.in/eCNnKAG
Liked by Brad Bennett

### Hi LinkedIn friends! Just taking a moment to share how grateful I am for all the opportunities and connections I've made in the Greensboro (and…
Liked by Brad Bennett

### Photo
Liked by Brad Bennett

Join now to see all activity

 **LinkedIn**  Join now  Sign in

Brad Bennett

Crown Family Trust

Jan 2011 - Present · 10 years 4 months

**Owner**
The Details Auto

2004 - May 2009 · 5 years

High Point NC

A full service and mobile elite auto detailing company.

# Education

**University of the Nations**

Missions · Asia projects, China outreach

2002 - 2003

# Volunteer Experience

**Humanitarian relief- English as a second language**
Youth with a Mission

Aug 2002 - Feb 2003 · 7 months

Disaster and Humanitarian Relief

Serving the poor in third world and developing nations, building, teaching English and disaster relief.

# Languages

**Spanish**
Professional working proficiency



Join now    Sign in

**Brad Bennett**

---

## Recommendations

A preview of what LinkedIn members have to say about Brad:

" The highest compliment I can pay Brad Bennett is that he operates his personal and business life with uncompromising integrity. He is a man of his word, and The Word. He's someone who walks his talk, and improves the lives and attitudes of those he comes into contact with. It is a blessing to know, and work with him.

" Brad crushes anything he sets out to accomplish. A world class leader and visionary.

18 people have recommended Brad

Join now to view

---

### View Brad's full profile

- See who you know in common
- Get introduced
- Contact Brad directly

Join to view full profile

---

## People also viewed



**JOSE Aleman**
Business owner



Join now | Sign in

**Brad Bennett**



**Cynthia Leap**
Move Manager & Transition Specialist at Transition Tamers, LLC *Downsize *Declutter *Organize *Inventory *Pack & Unpack
Charlotte Metro



**Kelly Sogaard**
Banking Professional
Lexington County, SC



**Destynei Tiller, M.Ed.**
Professional School Counselor at Orangeburg County School District
Orangeburg, SC



**Nancy Bradley**
WordPress Consultant | Digital Marketing Strategist
Charlotte, NC

**Paul Jones**
President and Founder; Clearasoft Technology Solutions, LLC
Lexington County, SC

**Adriana Alva**
AVP, Compliance Associate, Global Compliance Control Group at Wells Fargo
Charlotte, NC

**Alessia Comino**
Biologo Genetista presso IRCCS Fondazione Policlinico di Milano, 04-12/2020 Lab Genetica Molecolare; 01/2021 UOC Coordin.Trap
Milan

**Garrett Gamble**
Leadership Development Program
Shelby, NC

Show more profiles

## Others named **Brad Bennett**

**Brad Bennett**



Join now  Sign in

**Brad Bennett**

Mesa, AZ

**Brad Bennett**
Founder at BDBCreative
New York, United States

**Brad Bennett**
Video Producer at Shaking Hands Productions LLC
Lynchburg, VA

**Brad Bennett**
Customer Service Manager at Seismic Audio Speakers
Memphis, TN

481 others named Brad Bennett are on LinkedIn

See others named **Brad Bennett**

## Add new skills with these courses

Accounting Foundations: Making Business Decisions Using IRR and NPV

Finance and Accounting Tips

Credit Secrets for Entrepreneurs

See all courses

## Brad's public profile badge


 Join now | Sign in

Brad Bennett

CREDIT GUIDE at Crown Family Trust

University of the Nations

View profile

View profile badges

© 2021 | About
Accessibility | User Agreement
Privacy Policy | Cookie Policy
Copyright Policy | Brand Policy
Guest Controls | Community Guidelines
Language