# ATTACHMENT B

## ATTACHMENT B



**The Ultimate American Preparation Guide**

An expert course on everything that a typical American needs to know to prepare for any form of chaos or emergency in these tumultuous times. Written with beginner, intermediate & advanced preparedness-minded patriots in mind. Learn about which foods, shelter, water, & weapons work best for surviving and thriving.

**$27.00**



**Patriot Toolbox: *COMING SOON***

Join the Battle Born community to get FULL ACCESS to weekly interviews with American influencers, video archives, articles, podcasts, recommended Patriot businesses & more.



**Boot Camp**

Join other Patriots just like you across the nation for this FREE 5-day digital bootcamp! You'll be empowered to think like an influencer, receive serious educational resources & know clear action steps to make a massive difference right now for restored Freedom.

**FREE**