# Exhibit A

From: Jd [mailto:jdporcelli@gmail.com]
Sent: Friday, April 30, 2021 2:53 PM
To: Albert Watkins <al@kwklaw.net>
Subject: Brad Bennett

Good afternoon, Mr. Watkins.

First off, thank you for all your help with Brad.

Second, the intent of this email is to hopefully convey to the right people the character of Brad Bennett.

I've known of Brad for almost a decade. We are both affiliated with the same leadership development group based in NC. We have been friends for the past couple years and I can vouch for the fact that he is 1) one of the kindest, most selfless and generous, God-loving men I've ever known. And 2) as long as I've known of him, he has lived in the Charlotte area.
He has literally THOUSANDS of people that can vouch for all of the above.

Brad has a stellar reputation with all his peers and mentors. He himself is a tremendous leader and stands for truth, love and giving to help people in any way he can. He is by far one of the funniest and laid back people I know, and is always quick with a joke to make someone laugh. I have NEVER heard a negative sentence come out of his mouth about anyone. He is positive, uplifting and kind to everyone he meets.

Please advise if you need more information and if I can be doing anything else for him.

Thank you.

JD Porcelli

Sent from my iPhone

**From:** Marty Collins [mailto:marcolinc@gmail.com]
**Sent:** Friday, April 30, 2021 3:17 PM
**To:** Albert Watkins <al@kwklaw.net>
**Subject:** Letter for Brad

If we had more time I know we could get many many more.

Thank you

Marty Collins

ATTACHED LETTER

To whom it may concern.

I have known Brad Bennett for about 6 years. Brad has always been a great guy and a friend. Brad Has been here in Huntersville Charlotte area ever since I've known him. I know he was a Mom that he talks about helping her often and she lives in Trinity about an hour from here. Out of the whole time I have known Brad I have never seen him drink and never even heard him use fowl language. He often attends one of my Church campuses and different church in charlotte. Brad is upstanding and comes to my house for BBqs, my kids love him.

Thank you

Marty Collins

*[signature]* 4-30-21

**From:** Ashley Collins [mailto:ashleyjaycollins@gmail.com]
**Sent:** Friday, April 30, 2021 3:21 PM
**To:** Albert Watkins <al@kwklaw.net>
**Subject:** Brad Bennett - reference letter

Character Reference Letter attached.

4/30/21
To whom it may concern:
I have known Brad Bennett for 6 years.
He is a man of character, morals & great faith.
We met through business, but he became a friend of our family over the years.
He has a big circle of friends here in the Huntersville, NC area.
Sincerely,
Ashley Collins

-----Original Message-----
From: Patrick Byers [mailto:patrick.byers1@gmail.com]
Sent: Friday, April 30, 2021 3:31 PM
To: Albert Watkins <al@kwklaw.net>
Subject: Brad Bennett

ATTACHED LETTER

**30th April 2021**
To whom it may concern,
I have known Brad Bennett for about 6 years now since I moved to Charlotte in 2015. Every encounter I had with him, I could tell he was a very caring Christian with excellent character and morals.
Today, I would now consider Brad a true friend, whom I believe would surely give the shirt off his back to help someone in need.
Sincerely,
Patrick Byers

**From:** Ashlea Gallimore [mailto:gallimorea@hotmail.com]
**Sent:** Friday, April 30, 2021 3:25 PM
**To:** Albert Watkins <al@kwklaw.net>
**Subject:** Bradly Bennett

Please see the attached letter on Brad's behalf.

Thank you,

**Ashlea Bullins**

ATTACHED LETTER

To Whom It May Concern,

I have known Bradley Bennett my entire life. I am his sister. We grew up together in Trinity NC. We have always remained close, even when he moved to Charlotte, NC in his early 20's. The only time in his adult life that he has not lived in Charlotte, NC is when he met a beautiful and sweet girl named Elizabeth from Texas. He fell in love with her and decided to move to Texas last fall to see where their relationship could lead. He struggled with the decision to move for months, but love can make you do some craxy things and he didn't feel it was fair to request her to move to NC. Sadly, the relationship did not last and they broke up very amicably sometime in February 2021. He moved directly back to North Carolina and back to the Charlotte area, Huntersville, NC specifically.

We do not get to see each other as much as we would like because we both live super busy lives. He has built a life with his sports nutrition business, close friends, church family and mentors in Charlotte, NC. Whereas, I have built a life near our hometown in High Point, NC. We keep in touch through calls and texts as much as we can.

Brad is a good man. He is a devout Christian and is committed to spreading the word of Jesus to others. Brad has always been very into living a healthy lifestyle. He has never used drugs or alcohol of any kind, ever. He is a very clean eater and enjoys exercise.

I am available by phone call if you would like to hear more regarding Brad or his character.

Thank you for your time,

Ashlea Bullins

1-336-906-9302

**From:** Matthew Davidson [mailto:mzdavidson117@gmail.com]
**Sent:** Friday, April 30, 2021 3:17 PM
**To:** Albert Watkins <al@kwklaw.net>
**Subject:** Friend of Brad Bennett

To whom this may concern,

Brad is a fine upstanding guy who cares deeply about people and his country.  I've known Brad for a little over 6 years now and can honestly say he is a man of compassion, character, and integrity. My time around Brad has always been nothing short of enjoyable; whether it be business, leisure, or simply catching up. He is certainly someone that has your back and many of his friends and colleagues would say the same. Anybody that knows him personally will tell you that Brad loves on people every chance he gets. He's always the first to make you laugh, yet the first to sit down and pray with you; this is just simply who he is. Trust me, he adds far more value to this country when he is out and about making an impact in the community as opposed to his current situation.

Thankyou for representing such a great guy during a very unfortunate time.

Best Regards with honor, courage and prayers

Zeth Davidson

**From:** Toni Shuppe <tshuppe@gmail.com>
**Date:** April 30, 2021 at 3:41:50 PM CDT
**To:** Albert Watkins <al@kwklaw.net>
**Subject: Brad Bennett**

STATEMENT FOR BRAD BENNETT:

My name is Toni Shuppe. I live in Pittsburgh Pennsylvania. I have known Brad for close to 18 years. We met through the Amway/LTD business. In all the years I have known him, Brad has been an amazing, upstanding citizen. He is a wonderful Christian man and wouldn't hurt a fly. I have never even seen him get angry, let alone violent. He is a man of his word and has my utmost trust and respect. The charges against him are completely false, and I recommend you release him immediately and drop all charges.

Regards,

Toni Shuppe