UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-CR-312-JEB |
| | : | |
| BRADLEY STUART BENNETT, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SUPPLEMENTAL EVIDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this notice of supplemental evidence. Attached to this notice and marked as Attachment 1 are call detail records for Defendant's cellular telephone from April 9, 2021, through April 12, 2021. Page 2 of these records shows that the last outgoing communication (a text message) occurred at approximately 8:59 pm eastern or 7:59 pm central standard time (after converting from Greenwich Mean Time) on April 11, 2021.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

By: */s/ Monica A. Stump*
Monica A. Stump
PA Bar No. 90168
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, DC 20530
Phone: (202) 252-2641