| Target | Type | Direction | Associate | Start Date | Start Time | Stop Date | Stop Time | Time Zone | Duration | PCTDD | Call ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2167 | V | Incoming-answered | | 04/09/2021 | 12:35:00 | 04/09/2021 | 12:36:28 | GMT 0 | 00:01:26 | | 00A5E73139E1373C |
| 2167 | T | Incoming | 9.0008E+11 | 04/09/2021 | 13:09:58 | | | GMT 0 | | | 008E91CBC4E84ADF |
| 2167 | V | Outgoing | | 04/09/2021 | 14:20:34 | 04/09/2021 | 14:20:39 | GMT 0 | 00:00:05 | | 00FC31B78CBAD3A4 |
| 2167 | V | Incoming-answered | | 04/09/2021 | 14:23:52 | 04/09/2021 | 14:40:50 | GMT 0 | 00:16:48 | | 0078FAE1511ACDB9 |
| 2167 | T | Incoming | 78156 | 04/09/2021 | 15:19:36 | | | GMT 0 | | | 0023AE34FB9E6573 |
| 2167 | V | Outgoing-answered | | 04/09/2021 | 15:54:17 | 04/09/2021 | 15:57:22 | GMT 0 | 00:03:05 | | 000E6ACBE6CD6A26 |
| 2167 | V | Incoming-answered | | 04/09/2021 | 16:02:14 | 04/09/2021 | 16:02:28 | GMT 0 | 00:00:00 | | 00A064241F78CBE3 |
| 2167 | T | Incoming | 9.0008E+11 | 04/09/2021 | 16:02:52 | | | GMT 0 | | | 006B53FE79F5F451 |
| 2167 | T | Incoming | 9.0008E+11 | 04/09/2021 | 16:03:25 | | | GMT 0 | | | 000124C245F3674B |
| 2167 | T | Incoming | 9.0008E+11 | 04/09/2021 | 16:06:57 | | | GMT 0 | | | 00AC458EF12E4511 |
| 2167 | T | Incoming | 9.0008E+11 | 04/09/2021 | 16:17:29 | | | GMT 0 | | | 007BED31D1ED1EF1 |
| 2167 | V | Outgoing-answered | | 04/09/2021 | 16:17:56 | 04/09/2021 | 16:23:51 | GMT 0 | 00:05:55 | | 0028919393D17E7F |
| 2167 | V | Incoming-answered | | 04/09/2021 | 16:23:36 | 04/09/2021 | 16:37:17 | GMT 0 | 00:13:26 | | 008893C391458C79 |
| 2167 | V | Outgoing-answered | | 04/09/2021 | 16:37:25 | 04/09/2021 | 16:40:13 | GMT 0 | 00:02:48 | | 0090F9DD62883D1F |
| 2167 | V | Outgoing-answered | | 04/09/2021 | 16:40:35 | 04/09/2021 | 16:40:43 | GMT 0 | 00:00:08 | | 000FED0A407870FF |
| 2167 | V | Incoming-answered | | 04/09/2021 | 16:40:36 | 04/09/2021 | 16:40:55 | GMT 0 | 00:00:17 | | 001BBDE196539E24 |
| 2167 | T | Incoming | 9.0008E+11 | 04/09/2021 | 16:40:57 | | | GMT 0 | | | 007C138D3B0E4E11 |
| 2167 | V | Outgoing-answered | | 04/09/2021 | 16:41:15 | 04/09/2021 | 16:49:48 | GMT 0 | 00:08:33 | | 008B94633653FE6F |
| 2167 | V | Incoming-answered | | 04/09/2021 | 17:33:21 | 04/09/2021 | 17:33:34 | GMT 0 | 00:00:00 | | 00FBE28BEF4FE1C6 |
| 2167 | V | Incoming-answered | | 04/09/2021 | 17:34:21 | 04/09/2021 | 17:34:34 | GMT 0 | 00:00:00 | | 00AAF0E6D455A34A |
| 2167 | T | Incoming | 9.0008E+11 | 04/09/2021 | 17:35:00 | | | GMT 0 | | | 009077466F75CD6D |
| 2167 | T | Incoming | 9.0008E+11 | 04/09/2021 | 17:35:27 | | | GMT 0 | | | 00197A70A396DDF2 |
| 2167 | T | Incoming | 9.0008E+11 | 04/09/2021 | 17:35:32 | | | GMT 0 | | | 00DB5A394CB8BCD2 |
| 2167 | T | Incoming | 9.0008E+11 | 04/09/2021 | 17:36:01 | | | GMT 0 | | | 00872BB72DE4EE71 |
| 2167 | V | Incoming-answered | | 04/09/2021 | 17:38:46 | 04/09/2021 | 17:38:59 | GMT 0 | 00:00:00 | | 006F6AA3CF3D67A0 |
| 2167 | T | Incoming | 9.0008E+11 | 04/09/2021 | 17:39:05 | | | GMT 0 | | | 006D7534FEF6ED74 |
| 2167 | T | Incoming | 9.0008E+11 | 04/09/2021 | 17:49:37 | | | GMT 0 | | | 0057D57495DD05E2 |
| 2167 | T | Incoming | 9.0008E+11 | 04/09/2021 | 18:00:09 | | | GMT 0 | | | 00B25E82553F2F70 |
| 2167 | V | Outgoing-answered | | 04/09/2021 | 18:02:07 | 04/09/2021 | 18:02:50 | GMT 0 | 00:00:43 | | 0093C29B06FE5C61 |
| 2167 | V | Incoming-answered | | 04/09/2021 | 18:08:45 | 04/09/2021 | 18:26:44 | GMT 0 | 00:17:33 | | 0064B34BCD4307A0 |
| 2167 | V | Incoming-answered | | 04/09/2021 | 18:26:56 | 04/09/2021 | 18:28:26 | GMT 0 | 00:01:26 | | 006E475626A7A832 |
| 2167 | V | Outgoing-answered | | 04/09/2021 | 18:28:30 | 04/09/2021 | 18:35:22 | GMT 0 | 00:06:52 | | 00BC68F3C5C2B402 |
| 2167 | T | Incoming | 9.0007E+11 | 04/09/2021 | 21:06:08 | | | GMT 0 | | | 005C606B7ED04D7D |
| 2167 | T | Incoming | 9.0007E+11 | 04/09/2021 | 21:16:40 | | | GMT 0 | | | 00E98F1AB9B3205E |
| 2167 | T | Incoming | 9.0007E+11 | 04/09/2021 | 21:27:12 | | | GMT 0 | | | 0027A346C36E960D |
| 2167 | T | Incoming | 9.0007E+11 | 04/09/2021 | 21:37:44 | | | GMT 0 | | | 00FC145B17D4B78C |
| 2167 | T | Incoming | 9.0007E+11 | 04/09/2021 | 21:48:16 | | | GMT 0 | | | 0005CE82FAD6BDE6 |
| 2167 | T | Incoming | 9.0007E+11 | 04/09/2021 | 21:58:48 | | | GMT 0 | | | 009A86D9060066B5 |
| 2167 | T | Incoming | 9.0007E+11 | 04/09/2021 | 22:09:20 | | | GMT 0 | | | 005A6BAE14C45D68 |
| 2167 | T | Incoming | 9.0007E+11 | 04/09/2021 | 22:19:53 | | | GMT 0 | | | 007DE8E364C43298 |
| 2167 | T | Incoming | 9.0007E+11 | 04/09/2021 | 22:26:24 | | | GMT 0 | | | 00F360071EFC8FEA |
| 2167 | T | Incoming | 9.0007E+11 | 04/09/2021 | 22:30:24 | | | GMT 0 | | | 0034F2E9D1086E0E |
| 2167 | T | Incoming | 9.0007E+11 | 04/09/2021 | 22:40:56 | | | GMT 0 | | | 0094BADA982B22A3 |
| 2167 | T | Incoming | 9.0007E+11 | 04/09/2021 | 22:51:28 | | | GMT 0 | | | 00232817EE7D94FA |
| 2167 | T | Incoming | 9.0007E+11 | 04/09/2021 | 23:02:00 | | | GMT 0 | | | 00D12A02C56FA146 |
| 2167 | T | Incoming | 9.0007E+11 | 04/09/2021 | 23:12:32 | | | GMT 0 | | | 00E70FC239AAD9E0 |
| 2167 | T | Incoming | 9.0007E+11 | 04/09/2021 | 23:23:04 | | | GMT 0 | | | 000A77F54681A262 |
| 2167 | T | Incoming | 9.0007E+11 | 04/09/2021 | 23:33:36 | | | GMT 0 | | | 0079F914700B6D53 |
| 2167 | T | Incoming | 9.0007E+11 | 04/09/2021 | 23:42:02 | | | GMT 0 | | | 00E5EE00ADE68D99 |
| 2167 | T | Incoming | 9.0007E+11 | 04/09/2021 | 23:44:09 | | | GMT 0 | | | 005705CF55C42C02 |
| 2167 | T | Incoming | 9.0007E+11 | 04/09/2021 | 23:54:40 | | | GMT 0 | | | 00B9D1B7F228E457 |
| 2167 | V | Incoming-answered | | 04/09/2021 | 23:55:13 | 04/09/2021 | 23:55:26 | GMT 0 | 00:00:00 | | 000B897724F9D46C |
| 2167 | T | Incoming | 9.0007E+11 | 04/09/2021 | 23:55:51 | | | GMT 0 | | | 006E83128D094D73 |
| 2167 | T | Incoming | 9.0007E+11 | 04/10/2021 | 00:05:12 | | | GMT 0 | | | 006B797F5FB74BA1 |
| 2167 | V | Incoming-answered | | 04/10/2021 | 01:38:56 | 04/10/2021 | 01:39:10 | GMT 0 | 00:00:12 | | 00D67F4EC6CF776D |
| 2167 | T | Incoming | 9.0007E+11 | 04/10/2021 | 02:15:29 | | | GMT 0 | | | 00ECC67AB3214B6A |
| 2167 | T | Incoming | 9.0007E+11 | 04/10/2021 | 02:15:31 | | | GMT 0 | | | 00CD8E2E39180E7C |
| 2167 | T | Incoming | | 04/10/2021 | 02:15:34 | | | GMT 0 | | | 00B9627FA32B2C47 |
| 2167 | T | Incoming | | 04/10/2021 | 02:15:36 | | | GMT 0 | | | 00A4EAB3673D7348 |
| 2167 | T | Incoming | 9.0008E+11 | 04/10/2021 | 02:15:38 | | | GMT 0 | | | 009FE3BB023BC3D3 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2167 | T | Incoming | 2167 | 04/10/2021 | 14:37:49 | | | GMT 0 | 00623D8D743EA709 |
| 2167 | V | Incoming-answered | 7349 | 04/10/2021 | 15:43:39 | 04/10/2021 | 15:43:52 | GMT 0 | 00:00:00 | 00E4907F9B2344FB |
| 2167 | T | Incoming | 7349 | 04/10/2021 | 15:45:06 | | | GMT 0 | 007F843880526DE3 |
| 2167 | T | Incoming | 7349 | 04/10/2021 | 15:45:27 | | | GMT 0 | 00ACA957E90A8A1E |
| 2167 | T | Incoming | 7349 | 04/10/2021 | 15:45:40 | | | GMT 0 | 000E63519B33A79D |
| 2167 | T | Incoming | 7349 | 04/10/2021 | 15:46:01 | | | GMT 0 | 00CEC4EB358E55B8 |
| 2167 | T | Incoming | 7349 | 04/10/2021 | 15:46:33 | | | GMT 0 | 00EA0780A4A719D6 |
| 2167 | T | Incoming | 7349 | 04/10/2021 | 15:47:05 | | | GMT 0 | 0074BA5137DC52C8 |
| 2167 | T | Incoming | 7349 | 04/10/2021 | 15:49:13 | | | GMT 0 | 00A3FC915AEBD49F |
| 2167 | T | Incoming | 7349 | 04/10/2021 | 15:59:46 | | | GMT 0 | 0094AE28C3BF7F32 |
| 2167 | T | Incoming | 7349 | 04/10/2021 | 16:03:10 | | | GMT 0 | 0010B232C0E23844 |
| 2167 | T | Incoming | 7349 | 04/10/2021 | 16:10:19 | | | GMT 0 | 00453AD7B053FE39 |
| 2167 | T | Incoming | 7349 | 04/10/2021 | 16:20:52 | | | GMT 0 | 00CF7216CAE7DB83 |
| 2167 | T | Incoming | 7349 | 04/10/2021 | 16:31:25 | | | GMT 0 | 00328F63A7EB567E |
| 2167 | T | Incoming | 7349 | 04/10/2021 | 17:13:35 | | | GMT 0 | 00FB5AA1FAAA759E |
| 2167 | T | Incoming | 7349 | 04/10/2021 | 17:13:36 | | | GMT 0 | 00D37B2CAAD8D9E7 |
| 2167 | T | Incoming | 1010 | 04/10/2021 | 17:13:39 | | | GMT 0 | 00523DE34C23C81D |
| 2167 | T | Incoming | 2167 | 04/10/2021 | 17:13:40 | | | GMT 0 | 00ECDC06462FC1FD |
| 2167 | T | Incoming | 5003 | 04/10/2021 | 17:13:42 | | | GMT 0 | 00F35BA189F08CF2 |
| 2167 | T | Incoming | 2167 | 04/10/2021 | 17:13:44 | | | GMT 0 | 0000E9A13CBC112B |
| 2167 | T | Incoming | 2167 | 04/11/2021 | 00:01:20 | | | GMT 0 | 00E506EE96AF74CD |
| 2167 | T | Incoming | 2167 | 04/11/2021 | 00:01:54 | | | GMT 0 | 00795F52FEACEC4E |
| 2167 | T | Incoming | 2167 | 04/11/2021 | 16:41:44 | | | GMT 0 | 00F170C076F9B474 |
| 2167 | T | Incoming | 2167 | 04/11/2021 | 16:41:46 | | | GMT 0 | 000948F77320C7B2 |
| 2167 | T | Incoming | 2167 | 04/11/2021 | 16:41:48 | | | GMT 0 | 0088DD7E073EA3A8 |
| 2167 | T | Outgoing | 7820 | 04/12/2021 | 00:59:25 | | | GMT 0 | 00336F0827187ABD |
| 2167 | T | Incoming | 7820 | 04/12/2021 | 01:04:36 | | | GMT 0 | 00986A0703F8D904 |
| 2167 | T | Incoming | 2167 | 04/12/2021 | 01:14:31 | | | GMT 0 | 00FC8C1925FF0FC3 |
| 2167 | T | Incoming | 2167 | 04/12/2021 | 01:15:05 | | | GMT 0 | 00CB4CAD19BB5265 |
| 2167 | T | Incoming | 2167 | 04/12/2021 | 01:18:37 | | | GMT 0 | 00BF9461051B7923 |
| 2167 | T | Incoming | 2167 | 04/12/2021 | 01:29:09 | | | GMT 0 | 0092A988EA76EA9C |
| 2167 | T | Incoming | 2167 | 04/12/2021 | 01:39:41 | | | GMT 0 | 00BFB31F4A2B4CAF |
| 2167 | T | Incoming | 2167 | 04/12/2021 | 01:50:13 | | | GMT 0 | 00C59CD5BAF9798F |
| 2167 | T | Incoming | 2167 | 04/12/2021 | 02:00:45 | | | GMT 0 | 00EC760E0181A6B0 |
| 2167 | T | Incoming | 2167 | 04/12/2021 | 02:11:17 | | | GMT 0 | 0023D40F46EC34E2 |
| 2167 | T | Incoming | 2167 | 04/12/2021 | 02:21:49 | | | GMT 0 | 0002B2BC56CAF7CC |
| 2167 | T | Incoming | 2167 | 04/12/2021 | 02:32:21 | | | GMT 0 | 004993A032E69A68 |
| 2167 | T | Incoming | 2167 | 04/12/2021 | 03:49:38 | | | GMT 0 | 00715E0200BB592D |
| 2167 | T | Incoming | 9398 | 04/12/2021 | 04:05:47 | | | GMT 0 | 004C4172648720E2 |
| 2167 | T | Incoming | 9398 | 04/12/2021 | 04:06:20 | | | GMT 0 | 004E67754822DF74 |
| 2167 | T | Incoming | 9398 | 04/12/2021 | 04:16:52 | | | GMT 0 | 0094F3A01319CD20 |
| 2167 | T | Incoming | 9398 | 04/12/2021 | 04:27:24 | | | GMT 0 | 00A6D56BAF1BB73C |
| 2167 | T | Incoming | 9398 | 04/12/2021 | 04:37:56 | | | GMT 0 | 00FDBC6283EFA847 |
| 2167 | T | Incoming | 9398 | 04/12/2021 | 04:48:28 | | | GMT 0 | 00BD24678677CC7C |
| 2167 | T | Incoming | 9398 | 04/12/2021 | 04:59:00 | | | GMT 0 | 00BED420481A035F |
| 2167 | T | Incoming | 9398 | 04/12/2021 | 05:09:32 | | | GMT 0 | 00D7032B7BED69D2 |
| 2167 | T | Incoming | 9398 | 04/12/2021 | 05:20:04 | | | GMT 0 | 008CCF00F937CC91 |
| 2167 | T | Incoming | 9398 | 04/12/2021 | 05:30:36 | | | GMT 0 | 00DBB916788A7E53 |
| 2167 | T | Incoming | 9398 | 04/12/2021 | 05:41:08 | | | GMT 0 | 00D33C0DBD82166B |