## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case no. 1:21-cr-312 |
| ) | |
| Bradley Bennett, ) | |
| ) | |
|     Defendant. ) | |

### ENTRY OF APPEARANCE

COMES NOW Alyssa M. Cross and enters his appearance on behalf of Defendant Bradley Bennett in connection with the above-styled cause of action.

KODNER WATKINS, LC

By: */s/ Alyssa M. Cross*
ALYSSA M. CROSS, ESQ. DC#1708519
1200 S. Big Bend Blvd.
St. Louis, MO 63117
(314) 727-9111
(314) 727-9110 Facsimile
across@kwklaw.net

### CERTIFICATE OF SERVICE

Signature above is also certification that on September 8th, 2021 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to all parties of record.