UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>v.                        )<br>  )<br>BRADLEY BENNETT,          )<br>  )<br>  DEFENDANT.              )<br>  )<br>  )<br>  )<br>  ) | Case No.:   1:21-cr-312 |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT BRADLEY BENNETT

COMES NOW Albert S. Watkins, Alyssa Cross and the law firm of Watkins, LLC, dba Kodner Watkins, and, for their Motion for Leave to Withdraw as Counsel for Defendant, Bradley Bennett, states to the Court as follows:

1. Due to an unanticipated and unforeseen real or perceived conflict issue, Defendant has requested Albert S. Watkins, Kodner Watkins, and its counsel to cease serving as counsel for the Defendant herein.

WHEREFORE, Albert S. Watkins, Alyssa M. Cross and the law firm of Watkins, LLC dba Kodner Watkins, request leave of Court to withdraw as counsel of record herein for Defendant Bradley Bennett.

KODNER WATKINS, LC
By: _/s/ Albert S. Watkins_____
ALBERT S. WATKINS, LC, #399625
Attorney for Defendant
1200 S. Big Bend Blvd.
St. Louis, Missouri 63117
(314) 727-9111
(314) 727-9110 Facsimile
E-Mail:albertswatkins@kwklaw.net

By: /s/ Alyssa M. Cross
ALYSSA M. CROSS, ESQ. DC#1708519
Attorney for Defendant
1200 S. Big Bend Blvd.
St. Louis, MO 63117
(314) 727-9111
(314) 727-9110 Facsimile
across@kwklaw.net

## CERTIFICATE OF SERVICE

Signature above is also certification that a true and correct copy of the above and foregoing document has been electronically issued via the Court's electronic filing service this 20th day of December, 2021.

So Ordered:

By_____