# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | CASE NO. 21-CR-312-JEB |
| : | |
| BRADLEY STUART BENNETT, and : | |
| ELIZABETH ROSE WILLIAMS, : | |
| : | |
| Defendants.   : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Matthew Moeder. AUSA Matthew Moeder will be substituting for AUSA Monica Stump.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        DC Bar No. 481052

By:    /s/ Matthew Moeder
        Matthew Moeder
        Assistant United States Attorney
        Missouri Bar #: 64036
        400 East 9th Street, Room 5510
        Kansas City, Missouri 64106
        (816) 426-4103
        Matthew.Moeder@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 17th day of February, 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Matthew Moeder*
MATTHEW MOEDER
Assistant United States Attorney