# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ( | Criminal No. 21-CR-00312-JEB |
| **BRADLEY STUART BENNETT, ELIZABETH ROSE WILLIAMS,** | ) | |
| **Defendants.** | ) | |

## UNOPPOSED MOTION FOR CONTINUANCE

Elizabeth Rose Williams, through undersigned counsel, respectfully moves this Honorable Court to continue the September 8, 2022, Status hearing in this case until after September 12th.

Undersigned counsel respectfully informs this Honorable Court that he is on vacation and will return September 12, 2022.

The Government does not oppose this motion. Undersigned Counsel and the Government agree that the defendant's continued cooperation and assistance to the Government is necessary to the disposition of co-defendant's case.

The parties agree that the exclusion of time under the Speedy Trial Act is warranted until the next hearing date.

Respectfully submitted,

*/s/ Roy R. Barrera, Jr.*
**ROY R. BARRERA, JR.**
Texas State Bar No. 01808100
Attorney for Elizabeth Rose Williams

1

**THE BARRERA FIRM**
424 East Nueva Street
San Antonio, Texas 78205
Telephone: (210) 224-5811
Telecopier: (210) 224-5890
RBARRERAJR@YMAIL.COM

### CERTIFICATE OF SERVICE

    I, Roy R. Barrera, Jr., certify that on this 7th day of September, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on Mr. Matthew Moeder, Counsel for the government at Matthew.Moeder@usdoj.gov.

*/s/ Roy R. Barrera, Jr.*
**ROY R. BARRERA, JR.**
Attorney for Elizabeth Rose Williams