NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.  20001

UNITED STATES OF AMERICA

vs.                                                    Criminal Number   1-21-CR-312-JEB

Bradley Stuart Bennett
         (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA            ☐ RETAINED            ☒ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Stacey D. Rubain, NC - 26690
_(Attorney & Bar ID Number)_

Federal Public Defender - Middle District of NC
_(Firm Name)_

301 N. Elm Street, Suite 410
_(Street Address)_

Greensboro, NC  27401
_(City)        (State)        (Zip)_

(336) 333-5455
_(Telephone Number)_