UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL NO. |
| v. | ) | 21-CR-312-JEB |
| | ) | |
| BRADLEY STUART BENNETT | ) | |

### DEFENDANT'S MOTION TO WITHDRAW AND TO APPOINT SUBSTITUTE COUNSEL

The Office of the Federal Public Defender hereby moves for an order allowing it leave to withdraw as counsel of record for BRADLEY STUART BENNETT. The Office of the Federal Public Defender has learned that a conflict of interest exists between the defendant and another Federal Public Defender client. The general nature of the conflict is that the representation of one of the clients could adversely affect the representation of the other client. If counsel proceeds with representation of this defendant, it is possible that counsel will have to withdraw from representing both clients. Undersigned counsel learned of the existence of a conflict on Wednesday, March 15, 2023. *See*, Rule 1.7 (a), (b)(2), and (b)(3), District of Columbia Bar Rules of Professional Conduct and (3); Rule 1.7(a), North Carolina Revised Rules of Professional Conduct. The undersigned have notified Assistant United States Attorneys Sean Murphy and Nialah Ferrer of their intention to file this motion.

WHEREFORE, the Office of the Federal Public Defender moves for an order allowing it leave to withdraw as counsel of record for BRADLEY STUART BENNETT, and directing that substitute counsel be appointed.

Respectfully submitted, March 15, 2023.

        LOUIS C. ALLEN III
        Federal Public Defender

        /s/ Lisa S. Costner
        _____
        LISA S. COSTNER
        Assistant Federal Public Defender
        North Carolina State Bar No. 14308
        251 N. Main Street, Suite 849
        Winston-Salem, NC 27101
        (336) 631-5278, Ext. 5172
        Email: lisa_costner@fd.org


        /s/ Stacey D. Rubain
        STACEY D. RUBAIN
        Assistant Federal Public Defender
        North Carolina State Bar No. 26690
        301 N. Elm Street, Suite 410
        Greensboro, NC  27401
        Ph: (336) 333-5420
        Email: stacey_rubain@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2023, I electronically filed the foregoing Motion to Withdraw as Counsel of Record with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Sean Murphy
>Nialah Ferrer
>Assistant United States Attorneys

Respectfully submitted,

/s/ Lisa S. Costner

_____
LISA S. COSTNER
Assistant Federal Public Defender
North Carolina State Bar No. 14308
251 N. Main Street, Suite 849
Winston-Salem, NC 27101
(336) 631-5278, Ext. 5172
Email: lisa_costner@fd.org