UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
WASHINGTON, DC DIVISION
NO. 1:21-CR-00312-JEB-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRADLEY STUART BENNETT | NOTICE OF APPEARANCE |

Pursuant to Local Rule 44.1(b), the Federal Public Defender for the Eastern District of North Carolina hereby notifies this Honorable Court that said attorney is representing the above named defendant in this criminal case.

Furthermore, by filing this Notice of Appearance, the Federal Public Defender for the Eastern District of North Carolina certifies that copies of said Notice have been served upon:

NIALAH S. FERRER
United States Attorney's Officer
Criminal Division
601 D. Street NW
Suite 6-1301
Washington, DC 20530

by electronically filing the foregoing with the Clerk of Court on March 16, 2023, using the CM/ECF system which will send notification of such filing to the above.

Respectfully submitted this 16th day of March, 2023.

G. ALAN DUBOIS
Federal Public Defender

/s/ Rosemary Godwin
ROSEMARY GODWIN
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Rosemary_Godwin@fd.org
N.C. State Bar No. 18217
LR 57.1 Counsel Appointed