**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 21-CR-312-JEB** |
| | : | |
| **BRADLEY STUART BENNETT,** | : | |
| | : | |
| **Defendant.** | : | |

**UNOPPOSED MOTION FOR ADOPTION OF**
**PREVIOUSLY ISSUED PROTECTIVE ORDER**

The United States of America hereby respectfully moves the Court for the adoption of the previously issued Protective Order (ECF No. 84) governing the production of discovery by the party in the above-captioned case as to the newly appointed and undersigned defense counsel. The previous agreement was between the government and the recently withdrawn defense counsel. ECF Nos. 83-86, MINUTE ORDER (March 15, 2023). The United States and the newly appointed counsel for defendant (ECF Nos. 87-88) have reached an agreement to adopt the previous Protective Order. Therefore, the United States is authorized to represent to the Court that newly appointed counsel does not oppose this motion or the entry of MINUTE ORDER noticing the same. It is the parties' intent and recommendation that the defendant's prior acceptance of the Protective Order (ECF No. 84, p. 7) remains in effect.

Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES | G. ALAN DUBOIS |
| United States Attorney | Federal Public Defender |
| D.C. Bar No. 481052 | Eastern District of North Carolina |

By:  ___*Nialah S. Ferrer*___          ___/s/ Rosemary Godwin___

| | |
|---|---|
| NIALAH S. FERRER | Rosemary Godwin |
| Assistant U.S. Attorney | Assistant Federal Public Defender |
| New York Bar No. 5748462 | N.C. State Bar No. 18217 |
| United States Attorney's Office | 150 Fayetteville Street, Ste. 450 |
| District of Columbia | Raleigh, NC 27601 |
| 202-557-1490 | 919-856-4236 |
| nialah.ferrer@usdoj.gov | rosemary_godwin@fd.org |

SEAN P. MURPHY
Assistant U.S. Attorney
D.C. Bar No. 1187821
United States Attorney's Office
District of Puerto Rico
(On Detail to the District of Columbia)
787-766-5656
sean.murphy@usdoj.gov

/s/ Leza Lee Driscoll
Leza Lee Driscoll
Assistant Federal Public Defender
N.C. State Bar No. 20926
150 Fayetteville Street, Ste. 450
Raleigh, NC 27601
919-856-4236
leza_driscoll@fd.org