UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
WASHINGTON, DC DIVISION
NO. 1:21-CR-00312-JEB-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRADLEY STUART BENNETT | NOTICE OF APPEARANCE |

    Pursuant to Local Rule 44.1(b), the Federal Public Defender for the Eastern District of North Carolina hereby notifies this Honorable Court that said attorney is representing the above named defendant in this criminal case.

    Furthermore, by filing this Notice of Appearance, the Federal Public Defender for the Eastern District of North Carolina certifies that copies of said Notice have been served upon:

NIALAH S. FERRER
United States Attorney's Officer
Criminal Division
601 D. Street NW
Suite 6-1301
Washington, DC 20530

by electronically filing the foregoing with the Clerk of Court on June 1, 2023, using the CM/ECF system which will send notification of such filing to the above.

    Respectfully submitted this 1st day of June, 2023.

                                                              G. ALAN DUBOIS
                                                              Federal Public Defender

                                                              /s/ Michael McDonald
                                                              MICHAEL MCDONALD
                                                              Assistant Federal Public Defender
                                                              Attorney for Defendant
                                                              Office of the Federal Public Defender
                                                              150 Fayetteville Street, Suite 450
                                                              Raleigh, North Carolina 27601
                                                              Telephone: 919-856-4236
                                                              Fax: 919-856-4477
                                                              E-mail: Michael_McDonald@fd.org
                                                              N.C. State Bar No. 33470

LR 57.1 Counsel Appointed