UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

　　　　　　　　　　　　　　　　　　Case No.:  21-CR-312 (JEB)

v.

**BRADLEY STUART BENNETT**

　　　　*Defendant.*

**Defendant's Motion to Require the Government to Comply with Its *Brady* Obligations**

　　　　Defendant Bradley Stuart Bennett, through counsel, moves the Court for an order requiring the government to comply, or confirm that it has complied, with its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny including, but not limited to, witnesses interviewed and "tipsters," even if the government does not anticipate presenting such testimony and/or evidence at trial.

　　　　　　　　　　　　　　G. ALAN DUBOIS
　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　*/s/ Leza Lee Driscoll*
　　　　　　　　　　　　　　LEZA LEE DRISCOLL
　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　Office of the Federal Public Defender
　　　　　　　　　　　　　　150 Fayetteville Street, Suite 450
　　　　　　　　　　　　　　Raleigh, North Carolina 27601
　　　　　　　　　　　　　　Telephone: 919-856-4236
　　　　　　　　　　　　　　Fax: 919-856-4477
　　　　　　　　　　　　　　E-mail: Leza_Driscoll@fd.org
　　　　　　　　　　　　　　LR 57.1 Appointed Counsel

　　　　　　　　　　　　　　*/s/ Rosemary Godwin*
　　　　　　　　　　　　　　ROSEMARY GODWIN
　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　Office of the Federal Public Defender
　　　　　　　　　　　　　　150 Fayetteville Street, Suite 450
　　　　　　　　　　　　　　Raleigh, North Carolina 27601

Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Rosemary_Godwin@fd.org
LR 57.1 Appointed Counsel

*/s/ Michael McDonald*

MICHAEL MCDONALD
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Michael_McDonald@fd.org
LR 57.1 Appointed Counsel

*CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a copy of the foregoing was served upon:

| | |
|---|---|
| NIALAH S. FERRER | SEAN P. MURPHY |
| Assistant United States Attorney | Assistant United States Attorney |
| United States Attorney's Office | United States Attorney's Office |
| Criminal Division | District of Puerto Rico |
| 601 D Street NW | Torre Chardon, Suite 1201 |
| Suite 6-1301 | 350 Carlos Chardon Avenue |
| Washington, DC 20530 | San Juan, PR 00918 |

by electronically filing the foregoing with the Clerk of Court on August 13, 2023, using the CM/ECF system which will send notification of such filing to the above.

      This the 15th day of August, 2023.

                                    */s/ Leza Lee Driscoll*
                                    LEZA LEE DRISCOLL
                                    Assistant Federal Public Defender