UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | CASE NO. 21-CR-312-JEB |
| BRADLEY STUART BENNETT, and : | |
| ELIZABETH ROSE WILLIAMS, : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Anna Z. Krasinski is entering her appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

DATED: August 14, 2023   By:   /s/ Anna Z. Krasinski
_____
ANNA Z. KRASINSKI
Assistant United States Attorney
New Hampshire Bar No. 276778
United States Attorney's Office
Detailed from the District of New Hampshire
(202) 809-2058
anna.krasinski@usdoj.gov