UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No. 21-CR-312 (JEB) |
| : | |
| BRADLEY STUART BENNETT, : | |
| : | |
| Defendant. : | |

**UNITED STATES' MOTION FOR LEAVE TO FILE SUR-REPLY
TO DEFENDANT'S NOTICE OF INTENT TO PRESENT HEARSAY EVIDENCE**

For the first time in his reply, Defendant Bradley Bennett identifies three specific narratives he claims will be admissible under Rules Rule 804(b)(3) and Rule 807. In addition, Bennett seeks to expand the definition of "unavailable" in his reply brief by arguing that a declarant is unavailable "[s]hould the government elect not to present [the declarant] as a witness." *Reply*, ECF No. 128, at 2. The government seeks leave to file a sur-reply to address these new issues identified in the reply. Defendant assents to this motion for leave to file a sur-reply.

                                              Respectfully submitted,

                                              MATTHEW M. GRAVES
                                              UNITED STATES ATTORNEY
                                              D.C. Bar No. 481052

DATED: September 19, 2023     By:    /s/ Anna Z. Krasinski
                                                          ANNA Z. KRASINSKI
                                                          Assistant United States Attorney
                                                          New Hampshire Bar No. 276778
                                                          United States Attorney's Office
                                                          Detailed from the District of New Hampshire
                                                          (202) 809-2058
                                                          anna.krasinski@usdoj.gov

        NIALAH S. FERRER
        Assistant United States Attorney
        New York Bar No. 5748462
        United States Attorney's Office
        District of Columbia
        (202) 557-1490
        nialah.ferrer@usdoj.gov