UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-CR-00312 (JEB) |
| | : | |
| BRADLEY STUART BENNETT | : | |
| | : | |
| Defendant. | : | |

# GOVERNMENT'S AMENDED EXHIBIT LIST

The Government provides this amended list of exhibits that the government may use during its case-in-chief. The Government may determine that some of these exhibits are not necessary, or it may determine that additional exhibits are necessary. The Government will promptly inform the Court and defense if the Government determines that additional exhibits may be necessary. The potential exhibits are:

| Exhibit No. | Description | Marked for ID | Received in evidence | Published |
|---|---|---|---|---|
| *CAPITOL BUILDING AND GROUNDS* | | | | |
| 001 | USCP CCV Video Montage | | | |
| 002 | House and Senate Video Montage | | | |
| 003 | Restricted Perimeter | | | |
| 004 | Photograph of Capitol | | | |
| 005 | Capitol Building – 3D Map | | | |
| 006 | US Capitol Grounds Map | | | |
| 007 | US Capitol Ground Level Map | | | |
| 008 | US Capitol Principal - Level Two Map | | | |
| 009 | US Capitol Map – Third Floor | | | |
| 010 | Photograph of "Area Closed" sign | | | |
| 011 | Photograph of "Area Closed" signs | | | |
| 012 | Withdrawn | | | |
| 013 | Certificate of Authenticity - Senate Recording Studio | | | |
| 014 | Certificate of Authenticity of Records - House Recording Studio | | | |
| 015 | Jan. 5, 2021 email and Head of State Worksheet | | | |

| | | | | |
|---|---|---|---|---|
| 016 | Area Closed sign | | | |
| | | | | |
| *UNITED STATES CAPITOL POLICE CCV* | | | | |
| 100 | E QNW 00 Peace Circle NW | | | |
| 101 | E USCG 00 ST22 Exterior | | | |
| 102 | E USCG 00 Upper Terrace West | | | |
| 103 | USCS 01 Senate Wing Door | | | |
| 104 | USCH 01 Crypt North | | | |
| 105 | USCH 01 Crypt South | | | |
| 106 | USCH 01 Memorial Door | | | |
| 107 | USCD 02 Rotunda South | | | |
| 108 | USCH 02 Rotunda Door Interior | | | |
| 109 | USCH 02 Rotunda Lobby East Stairs | | | |
| 110 | USCH 03 Gallery Stairs | | | |
| 111 | USCS 03 East Corridor near S306 | | | |
| 112 | USCS 03 Senate Gallery SE near S309 – clip 1 | | | |
| 113 | USCS 03 Senate Gallery SE near S309 – clip 2 | | | |
| 114 | USCS 03 S309 | | | |
| 115 | USCS 03 Senate Gallery E near S312 – clip 1 | | | |
| 116 | USCS 03 Senate Gallery E near S312 – clip 2 | | | |
| 117 | USCS 02 HALL BY S208 – clip 1 | | | |
| 118 | USCS 02 Ohio Clock | | | |
| 119 | USCS 02 HALL BY S208 – clip 2 | | | |
| 120 | USCS 02 Upper Sen Door Elevators | | | |
| 121 | USCS 02 Upper Senate Door Interior | | | |
| 122 | USCS 01 Senate Carriage Door Facing Inside | | | |
| 123 | USCS 01 Senate Carriage Door Facing Outside | | | |
| 124 | E USCS 01 Senate Carriage Door | | | |
| 125 | Top of Stairwell | | | |
| 126 | West Front Time Lapse | | | |
| | | | | |
| *OPEN-SOURCE VIDEOS AND POSTS* | | | | |
| 200 | Tip Video | | | |
| 201 | Video of Bennett going to Upper West Terrace | | | |
| 202 | Video of Bennett entering the Senate Wing Doors | | | |
| 203 | Video of Bennett in the Rotunda | | | |
| 204 | Video of Bennett in the Senate Gallery | | | |
| 205 | Video of Bennett in the Senate Gallery | | | |
| 206 | Video of Bennett in the Senate Gallery | | | |

| | | | | |
|---|---|---|---|---|
| 207 | Screenshot from Bennett's Facebook page | | | |
| 208 | Screenshot of Message | | | |
| 209 | Screenshot of Contact Information | | | |
| 210 | Withdrawn | | | |
| 211 | Withdrawn | | | |
| 212 | Withdrawn | | | |
| 213 | Image of Crowd Outside U.S. Capitol | | | |
| | | | | |
| **FACEBOOK MATERIALS** | | | | |
| 300 | Certificate of Authenticity | | | |
| 301 | Account Information | | | |
| 302 | Minifeed – definition | | | |
| 303 | Message dated 11-17-2020 | | | |
| 304 | Withdrawn | | | |
| 305 | Message dated 12-23-2020 | | | |
| 306 | Message dated 12-28-2020 | | | |
| 307 | Withdrawn | | | |
| 308 | Message dated 01-06-2021 | | | |
| 309 | Wallposts - definition | | | |
| 310 | Message dated 01-07-2021 | | | |
| 311 | Message dated 01-07-2021 | | | |
| 312 | Withdrawn | | | |
| 313 | Profile Picture dated 1-2-2021 | | | |
| 314 | Image dated 01-06-2021 | | | |
| 315 | Post dated 01-02-2021 | | | |
| 316 | Message dated 01-07-2021 | | | |
| 317 | Post dated 01-05-2021 | | | |
| 318 | Messages dated 01-07-2021 | | | |
| | | | | |
| **CELLPHONE MATERIALS** | | | | |
| 400 | Certification | | | |
| 401 | Messages from Bennett dated 1/5/2021 | | | |
| 402 | Withdrawn | | | |
| 403 | Messages from Bennett dated 1/19/2021 | | | |
| 404 | Withdrawn | | | |
| 405 | Withdrawn | | | |
| 406 | Withdrawn | | | |
| 407 | Image – "MAGA map rally guide for Jan. 6, 2021" | | | |
| 408 | Image – "MAGA map for rally guide for Jan. 5, 2021" | | | |

| | | | | |
|---|---|---|---|---|
| 409 | Image – "Save Our Republic" | | | |
| | | | | |
| **LAPTOP MATERIALS** | | | | |
| 500 | Certification | | | |
| 501 | Messages | | | |
| 502 | Video of Arlington - IMG_2972.MOV | | | |
| 503 | Video of Bennett Speaking at Rally - IMG_3114.MOV | | | |
| 504 | Video of Bennett - Stop the Steal - IMG_3122.MOV | | | |
| 505 | Video of Bennett Headed to the Capitol - IMG_3127_2.MOV | | | |
| 506 | Video of Bennett Headed to the Capitol 2 - IMG_3128.MOV | | | |
| 507 | Video of Bennett Headed to the Capitol 3 - IMG_3145_2.mov | | | |
| 508 | Video of Bennett Headed to the Capitol 4 - IMG_3146.MOV | | | |
| 509 | Video of Peace Circle - IMG_3151.MOV | | | |
| 509a | 00:06 Screenshot | | | |
| 510 | Video of Peace Circle & Area Closed Signs - IMG_3152.MOV | | | |
| 510a | 00:56 Screenshot | | | |
| 510b | 01:00 Screenshot | | | |
| 511 | Video of Bennett Entering Restricted Grounds - IMG_3153.MOV | | | |
| 511a | 00:11 Screenshot | | | |
| 511b | 01:11 Screenshot | | | |
| 511c | 01:16 Screenshot | | | |
| 512 | Video of Bennett on Lawn - IMG_3154_3.MOV | | | |
| 512a | 00:00 Screenshot | | | |
| 513 | Video of Bennett Near Inaugural Stage - IMG_3156_2.mov | | | |
| 513a | 00:24 Screenshot | | | |
| 513b | 00:33 Screenshot | | | |
| 513c | 00:48 Screenshot | | | |
| 513d | 1:22 Screenshot | | | |
| 514 | Video of Bennett Near Inaugural Stage 2 - IMG_3157.MOV | | | |
| 515 | Video of Bennett Near Inaugural Stage 3 - IMG_3158.MOV | | | |

| | | | | |
|---|---|---|---|---|
| 516 | Video of Bennett Near Inaugural Stage 4 - IMG_3159_2.mov | | | |
| 517 | Video of Law Enforcement Near Inaugural Stage - IMG_3160.MOV | | | |
| 518 | Video of Law Enforcement Near Inaugural Stage 2 - IMG_3161.MOV | | | |
| 518a | 00:07 Screenshot | | | |
| 518b | 00:26 Screenshot | | | |
| 519 | Video of Tear Gas - IMG_3166_2.mov | | | |
| 520 | Video of Flashbangs - IMG_3167_2.mov | | | |
| 520a | 00:30 Screenshot | | | |
| 521 | Video of Bennett Near Scaffolding - IMG_3203.MOV | | | |
| 522 | Video of Bennett Near Scaffolding - IMG_3206_3.mov | | | |
| 523 | Video of Bennett Inside Crypt - IMG_3207_2.mov | | | |
| 524 | Video of Bennett Stairs - IMG_3209_2.MOV | | | |
| 525 | Video of Bennett Inside Rotunda - IMG_3210_2.mov | | | |
| 525a | 00:22 Screenshot | | | |
| 526 | Video of Bennett After Exiting - IMG_8170.MOV | | | |
| 526a | 00:20 Screenshot | | | |
| | | | | |
| *LEGAL AUTHORITY* | | | | |
| 600 | U.S. Constitution, Amendment XII | | | |
| 601 | 3 U.S.C. § 15 | | | |
| 602 | 3 U.S.C. § 16 | | | |
| 603 | 3 U.S.C. § 17 | | | |
| 604 | 3 U.S.C. § 18 | | | |
| 605 | Concurrent Resolution | | | |
| | | | | |
| *SYNCHED VIDEOS* | | | | |
| 700 | Synched Videos from Peace Circle | | | |
| 701 | Synched Videos from the Senate Wing Doors | | | |
| 702 | Synched Videos from the Rotunda | | | |
| | | | | |
| *VERIZON RECORDS* | | | | |
| 800 | Certification of Records | | | |
| 801 | Subscriber Information | | | |

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

DATED: January 3, 2024    By:    /s/ Anna Z. Krasinski
ANNA Z. KRASINSKI
Assistant United States Attorney
New Hampshire Bar No. 276778
United States Attorney's Office
Detailed from the District of New Hampshire
(202) 809-2058
anna.krasinski@usdoj.gov

NIALAH S. FERRER
Assistant United States Attorney
New York Bar No. 5748462
United States Attorney's Office
District of Columbia
(202) 557-1490
nialah.ferrer@usdoj.gov