UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRADLEY STUART BENNETT,<br><br>Defendant. | Case No. 21-cr-312-JEB |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Bradley Stuart Bennett, by and through counsel, respectfully submit this joint status report in response to the Court's January 4, 2024 Minute Entry issued after Bennett pled guilty to misdemeanor offenses relating to his conduct on January 6, 2021 and the Court vacated the trial date for trial on the pending violation of 18 U.S.C. § 1512. The Court ordered the parties to file a Joint Status Report by July 15, 2024. Minute Order dated January 4, 2024.

**BRIEF PROCEDURAL HISTORY**

Bennett was charged by indictment with six counts: obstruction of an official proceeding, in violation of 18 U.S.C. § 1512(c)(2) (Count One); entering and remaining in a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(1) (Count Two); disorderly and disruptive conduct in a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(2) (Count Three); entering and remaining in the gallery of Congress, in violation of 40 U.S.C. § 5104(e)(2)(B) (Count Four); disorderly conduct in a Capitol building, in violation of 40 U.S.C. § 5104(e)(2)(D) (Count Five); and parading, demonstrating, or picketing in a Capitol building, in violation of 40 U.S.C. § 5104(e)(2)(G) (Count Six). See ECF No. 122 (Superseding Indictment). Bennett moved to dismiss

Count One, arguing, among other things, that the Superseding Indictment failed to allege that Bennett tampered with or destroyed evidence. Motion to Dismiss, ECF No. 103-1, at 15. Citing *United States v. Fischer*, 64 F.4th 329 (D.C. Cir. 2023), the Court denied the motion. Memorandum Opinion, ECF No. at 6-7.

Trial on all six counts was scheduled for January 16, 2024. Bennett moved to continue his trial until mid-2024 because the United States Supreme Court granted certiorari in *Fischer*. The Court denied the motion because other counts remained pending and because the Court would delay any sentencing until after the Supreme Court issued an opinion in *Fischer.* Minute Order dated December 28, 2023. On January 4, 2023, Bennett pled guilty to Counts Two, Three, Four, Five, and Six. Because the only remaining count charged a violation of 1512, the Court vacated the trial date and ordered the parties to file a joint status report by July 15, 2024. Minute Order dated January 4, 2024. On June 28, 2024, the Supreme Court issued its decision in *Fischer v. United States*, 603 U.S. ___, 2024 WL 3208034 (June 28, 2024).

## GOVERNMENT'S POSITION

In the intervening months, *Fischer* was litigated through the D.C. Circuit and ultimately the Supreme Court, which issued its decision on Friday, June 28, 2024. In *Fischer*, the Supreme Court held that Section 1512(c) does not cover "all means of obstructing, influencing, or impeding any official proceeding." Op. 8. However, the Court did not reject the application of § 1512(c)(2) to January 6 prosecutions. Rather, the Court explained that the government must establish that the defendant impaired the availability or integrity for use in an official proceeding of records, documents, objects, or other things used in the proceeding – such as witness testimony or intangible information – or attempted to do so. *Id.* at 9, 16. The Supreme Court remanded the case to the D.C. Circuit for further proceedings. *Id.* Through those further proceedings, the court of

appeals will interpret the scope of the statute further, which may include circumstances like the defendant, where the defendant intended to stop the certification proceeding and affect the voting and balloting underlying the certification. *See* Op. 16 (delineating that it would still remain a crime to attempt to impair the integrity of availability of records, documents, objects, or other things used in the proceeding); *id.* at 8 (Jackson, J., concurring) ("And it might well be that Fischer's conduct, as alleged here, involved the impairment (or the attempted impairment) of the availability or integrity of things used during the January 6 proceeding").

Given the remand to the Circuit and the ongoing litigation in *Fischer*, the government is still evaluating *Fischer's* impact on this and other January 6 cases. The government therefore respectfully requests 60 days in which to evaluate the application of *Fischer* to this case. The government additionally requests that the Court toll the Speedy Trial clock during this time.

### *DEFENDANT'S POSITION*

Bradley Bennett, through counsel, intends to file a Notice of Supplemental Authority *(Fischer v. United States,* 603 U.S. ___, 2024 U.S. LEXIS 2880 (June 28, 2024)) and renew his Motion to Dismiss Count One of the Indictment ("1512 count"). *See,* Motion to Dismiss and Order denying motion to dismiss at ECF No. 103; ECF No. 137.  Mr. Bennett opposes the government's request for a 60-day extension to determine how the *Fischer* opinion impacts their prosecution in this case.

Respectfully submitted this the 11th day of July, 2024.

| | |
|---|---|
| MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 | /s/Rosemary Godwin<br><br>/s/ Leza Lee Driscoll<br>ROSEMARY GODWIN<br>N.C. Bar No.  18217 |
| /s/ Anna Z. Krasinski<br>ANNA Z. KRASINSKI<br>Assistant United States Attorney<br>New Hampshire Bar No. 276778<br>United States Attorney's Office<br>Detailed from the District of New Hampshire<br>(603) 451-7851<br>anna.krasinski@usdoj.gov | LEZA LEE DRISCOLL<br>NC Bar No.   20296<br>Assistant Federal Public Defenders<br>Eastern District of North Carolina<br>150 Fayetteville Street, Suite 450<br>Raleigh, North Carolina  27601<br>Office:  919-856-4236<br>Fax:     919-856-4477<br>Email:  rosemary_godwin@fd.org<br>            leza_driscoll@fd.org |
| NIALAH S. FERRER<br>Assistant United States Attorney<br>New York Bar No. 5748462<br>United States Attorney's Office<br>District of Columbia<br>(202) 557-1490<br>nialah.ferrer@usdoj.gov | *Designation:  Appointed Counsel* |