# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Case No.: 1:21-CR-312-JEB

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **Motion to Extend Deadline to File Objections to the Draft PSR and to Continue Sentencing for 30-Days** |
| BRADLEY BENNETT | |
| Defendant. | |

The Defendant, Bradley Bennett, by and through undersigned counsel, hereby moves the Court to extend the December 16th deadline to file objections to the Draft PSR for thirty (30) days. Mr. Bennett further moves the Court to continue the Sentencing Hearing, currently set for January 7, 2025, for no less than thirty (30) days. In support of this motion, Mr. Bennett states the following:

1. On January 4, 2024, Mr. Bennett pled not guilty to Count One (18 U.S.C. § 1512, "felony obstruction") and guilty to Counts Two through Six (all misdemeanors) of the Superseding Indictment. The Court stayed the trial on Count One and the sentencing for Counts Two through Six until after the Supreme Court decided the *Fischer* case.  On June 28, 2024, the United Supreme Court filed its opinion in *Fischer v. United States,* 603 U.S. 480 (June 28, 2024).  The parties were directed to file a Joint Status Report by July 15, 2024 and set forth their positions as to how they intended to proceed in light of the *Fischer* decision.  On July 11,

1

2024, the Government filed a Joint Status Report (D.E. 155) and requested a 60-day extension to determine how the *Fischer* opinion impacted their prosecution of Mr. Bennett's pending felony count.  The defendant's objection to the 60-day extension was noted and the defendant renewed his Motion to Dismiss Count One of the Superseding Indictment. On July 18, 2024, the Court held a Status Conference and granted the Government's request for a 60-day extension over the defendant's objection.  The Court granted the government's request and advised the parties that allowing the government a 60-day continuance to review the *Fischer* decision and determine how they would proceed on Mr. Bennett's felony count would not prejudice Mr. Bennett.

2.      On September 12, 2024, the government filed a Motion to Dismiss Count One ("1512" felony obstruction).  On that same date, this Court granted the government's motion and entered an Order dismissing Count One of Mr. Bennett's superseding indictment.

3.      The draft PSR was published on December 2, 2024, and objections are due Monday, December 16, 2024.  The Sentencing Hearing is currently scheduled for January 7, 2025.

4.      Undersigned counsel are currently representing another defendant in a death eligible Hobbs Act Robbery and Firearm in Furtherance of a Crime of Violence case. The case involves the shooting death of 5 people.  Various deadlines are quickly approaching, and undersigned counsel respectfully request a 30-day extension to file PSR objections and to prepare for the Sentencing Hearing in Mr. Bennett's

2

matter.

5. President-Elect Donald Trump, on Sunday, December 8, 2024, announced on "Meet the Press" his intent to pardon many "January 6" cases on his first day in office.[1] President-Elect Donald Trump is scheduled to be sworn in as President of the United States on January 20, 2025. If Mr. Bennett is sentenced on January 7, 2025, and subsequently pardoned on January 20, 2025, he will still sustain a final conviction Judgment that cannot be expunged and will potentially cause Mr. Bennett irreparable harm.

6. Mr. Bennett is not in custody and he is in compliance with his pretrial release conditions.

7. The defendant has conferred with the government about the defendant's request to continue Mr. Bennett's PSR Objection Deadline and Sentencing Hearing and the government does object to this motion.

WHEREFORE, the defendant respectfully requests a 30-day extension to both file PSR objections and to prepare for the Sentencing Hearing. This Motion is made in good faith and not for purposes of undue delay. Neither the Government nor the defendant would be prejudiced by a continuance in this matter. The ends of justice served by this motion outweigh the interests of the public and the defendant in a speedy trial as set forth in 18 U.S.C. § 3161(h)(7)(A).

---

[1] https://www.nbcnews.com/politics/donald-trump/trump-details-sweeping-changes-ll-carry-day-one-exclusive-interview-rcna182858

3

Respectfully submitted, this the 13th day of December, 2024.

/s/Leza Lee Driscoll
/s/Rosemary Godwin

_____

LEZA LEE DRISCOLL
NC Bar No.: 20926
ROSEMARY GODWIN
NC Bar No. 18217
Assistant Federal Public Defenders
Eastern District of North Carolina
150 Fayetteville Street, Suite 450
Raleigh, North Carolina  27601
Telephone:  919-856-4236
Fax:  919-856-4477
Email:  leza_driscoll@fd.org
Email:  rosemary_godwin@fd.org
*Appointed Counsel for Defendant*

**Certificate of Service**

I certify the foregoing Defendant's Motion was served on the following via the Court's electronic filing system:

/s/Anna Z. Krasinski
ANNA Z. KRASINSKI
Assistant United States Attorney
New Hampshire Bar No. 276778
United States Attorney's Office
Detailed from the District of New Hampshire


Nialah Ferrer
Assistant United States Attorney
Criminal Division
601 D. Street NW
Suite 6-1301
Washington, DC  20530


This the 13th day of December, 2024.


/s/Leza Lee Driscoll
/s/Rosemary Godwin
_____
LEZA LEE DRISCOLL
NC Bar No.:  20926
ROSEMARY GODWIN
NC Bar No.  18217
Assistant Federal Public Defenders
Eastern District of North Carolina
150 Fayetteville Street, Suite 450
Raleigh, North Carolina  27601
Telephone:  919-856-4236
Fax:  919-856-4477
Email:  leza_driscoll@fd.org
Email:  rosemary_godwin@fd.org
*Appointed Counsel for Defendant*