# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Case No.: 1:21-CR-312-JEB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRADLEY BENNETT<br>       Defendant. | **Second<br>Motion to Continue<br>Sentencing for 30-Days** |

The Defendant, Bradley Bennett, by and through undersigned counsel, hereby moves the Court to continue the Sentencing Hearing, currently set for January 7, 2025, for no less than thirty (30) days. In support of this motion, Mr. Bennett states the following:

1.    Undersigned Counsel, Joseph Ross's father passed away on December 29, 2024, and the funeral is currently set for January 7, 2025, in Philadelphia, PA.

2.    Mr. Ross will not be able to participate in Mr. Bennett's Sentencing Hearing on January 7, 2025, due to the unfortunate death of Mr. Ross's father and subsequent funeral arraignments.

3.    Mr. Ross is a significant and critical part of the defense team.

4.    Mr. Bennett is not in custody, and he is in compliance with his pretrial release conditions.

5.    The defendant has attempted to confer with the government about the

1

defendant's request to continue Mr. Bennett's Sentencing Hearing but has not received a response as to their position to this motion.

WHEREFORE, the defendant respectfully requests a 30-day extension to prepare for the Sentencing Hearing.  This Motion is made in good faith and not for purposes of undue delay.  The ends of justice served by this motion outweigh the interests of the public and the defendant in a speedy trial as set forth in 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted, this the 30th day of December, 2024.

/s/ Joseph Ross
/s/Leza Lee Driscoll
/s/Rosemary Godwin

_____

JOSEPH ROSS
Pennsylvania Bar No.: 61722
LEZA LEE DRISCOLL
NC Bar No.: 20926
ROSEMARY GODWIN
NC Bar No. 18217
Assistant Federal Public Defenders
Eastern District of North Carolina
150 Fayetteville Street, Suite 450
Raleigh, North Carolina  27601
Telephone:  919-856-4236
Fax:  919-856-4477
Email:  leza_driscoll@fd.org
Email:  rosemary_godwin@fd.org
*Appointed Counsel for Defendant*

## Certificate of Service

I certify the foregoing Defendant's Motion was served on the following via the Court's electronic filing system:

ANNA Z. KRASINSKI
Assistant United States Attorney
New Hampshire Bar No. 276778
United States Attorney's Office
Detailed from the District of New Hampshire


Nialah Ferrer
Assistant United States Attorney
Criminal Division
601 D. Street NW
Suite 6-1301
Washington, DC  20530


This the 30th day of December, 2024.

/s/ Joseph Ross
/s/Leza Lee Driscoll
/s/Rosemary Godwin
_____
JOSEPH ROSS
Pennsylvania Bar No.: 61722
LEZA LEE DRISCOLL
NC Bar No.: 20926
ROSEMARY GODWIN
NC Bar No.  18217
Assistant Federal Public Defenders
Eastern District of North Carolina
150 Fayetteville Street, Suite 450
Raleigh, North Carolina  27601
Telephone:  919-856-4236
Fax:  919-856-4477
Email:  leza_driscoll@fd.org
Email:  rosemary_godwin@fd.org
*Appointed Counsel for Defendant*