UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

v.  :  Case No. 21-CR-00312

BRADLEY BENNETT,  :

Defendant.  :

## ORDER

Pursuant to the motion filed by the United States, ECF 176, it is hereby ordered that the

Motion to Dismiss the Indictment pursuant to Rule 48(a) with prejudice is GRANTED.

SO ORDERED this _21st_ day of ___Jan.___, 2025.

_____
Honorable James E. Boasberg
Chief United States District Court Judge